PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE



FILED

DEC - 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

| | |
|---|---|
| **Offender Name:** | Arturo RIVERA, Jr. |
| **Docket Number:** | 2:03CR00156-01 |
| **Offender Address:** | Stockton, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | October 15, 2003 |
| **Original Offense:** | 18 USC 922 (g)(1) - Felon in Possession of Firearm and Ammunition, (CLASS C FELONY) |
| **Original Sentence:** | 30 months custody Bureau of Prisons; 36 months supervised release; $100 special assessment |
| **Special Conditions:** | Warrantless search; Drug aftercare; Abstain from use of alcoholic beverages |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08/09/2005 |
| **Assistant U.S. Attorney:** | James P. Arqelles          Telephone: 916-554-2700 |
| **Defense Attorney:** | Mary M. French          Telephone: 916-498-5700 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12A1.MRG

RE:   ARTURO RIVERA, JR.
      Docket Number:   2:03CR00156-01
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

### 1.   ILLICIT DRUG USE

On October 15, 2005, and October 20, 2005, the offender submitted drug tests which subsequently tested positive for amphetamine/methamphetamine.

**Details of alleged non-compliance:** The offender admitted to the probation officer the use of illegal drugs. He stated," I came across an old friend who offered me the drug. I was feeling weak and took it; I have no excuse."

**United States Probation Officer Plan/Justification:** The offender readily admitted the positive tests to the probation officer and seemed resourceful and disappointed by his irresponsible behavior. The probation officer and the offender previously discussed his criminal history and the fact that every time he was arrested he was under the influence of a drug. He appeared to understand that his use of drugs, as with many other offenders, was a precursor to criminal activity. The offender also stated his actions were affecting his
8-year-old son, and he would make every effort to remain crime and drug free.

On November 15, 2005, the offender was admitted to the San Joaquin County Recovery Drug Treatment Residential House. The offender paid the $200 processing fee which placed him on the waiting list one week prior to his admittance. The program has been used by the probation officer for other offenders. After his successful completion of the program, they will provide aftercare drug treatment.

RE:   ARTURO RIVERA, JR.
      Docket Number:  2:03CR00156-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

The offender clearly understands that if he fails to complete this program or has another positive drug test it will result in more serious sanctions.

Respectfully submitted,

RICHARD ORTIZ
Senior United States Probation Officer
Telephone: 916-683-3323

DATED:    November 22, 2005
          Elk Grove, California
          RAO:kms

REVIEWED BY:

DEBORAH A. SPENCER
Supervising United States Probation Officer

---

### THE COURT ORDERS:

(X)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )   Submit a Request for Modifying the Conditions or Term of Supervision.

( )   Submit a Request for Warrant or Summons.

( )   Other:

11/29/2005
Date

Signature of Judicial Officer

**RE:   ARTURO RIVERA, JR.**
    **Docket Number:   2:03CR00156-01**
    **REPORT OF OFFENDER NON-COMPLIANCE**

cc:   United States Probation
    James P. Arguelles, Assistant United States Attorney
    Mary M. French, Assistant Federal Defender

Attachment: Presentence Report   (Sacramento only)